■ In the Matter of EASTERN STATES DEVELOPMENT CORPORATION, Appellant, v TOWN OF IRONDEQUOIT et al, Respondents. (Appeal No. 2.)—Judgment unanimously affirmed, without costs. Same memorandum as in *Eastern States Development Corp. v Town of Irondequoit* (50 AD2d 1058). (Appeal from judgment of Monroe Supreme Court, in article 78 proceeding.) Present— Moule, J. P., Cardamone, Simons, Mahoney and Witmer, JJ.